UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 20cr10279-MLW |
| ) | |
| ANGEL GOMEZ ) | |

## ASSENTED-TO MOTION TO MODIFY PLEA AGREEMENT

The Government hereby moves, with the assent of Defendant Angel Gomez, through his counsel, to modify the terms of the plea agreement which was the basis of Defendant's plea of guilty in this case. The Government moves to strike "intentional" from the term "intentional misconduct" found in the last paragraph of Section 5 of the plea agreement titled "Waiver of Appellate Rights and Challenges to Conviction or Sentence." Both parties agree to this amendment of the terms of Section 5 of the plea agreement in this case.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

Date: November 15, 2021    By: /s/ Michael Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney

Allowed
Wolf, DJ
11/18/21